**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § | CRIMINAL  NO. H-09-029-1<br>H-09-109<br>H-10-562-11 |
| SUZANNE VOELKER | § | |

**O R D E R**

Defendant Voelker filed an unopposed motion for continuance of the sentencing hearing (Docket Entry No. 395).  The motion for continuance is GRANTED. The sentencing hearing is reset to **May 26, 2011  at 10:00 a.m.** Objections to the presentence report must be filed by May  6, 2011.

SIGNED on March 21, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge